United States District Court
Southern District of Texas
**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JAGRUTI PATEL, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:21-CV-00181 |
| § | |
| FEDNAT INSURANCE COMPANY, *et al.*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

On this date, the Court considered the Joint Stipulation of Dismissal (Dkt. No. 13) filed on November 10, 2021 by Plaintiffs, JAGRUTI AND RAKESH PATEL, and Defendants, FEDNAT INSURANCE COMPANY and MARK VANDEKIEFT, and in accordance with that Joint Stipulation of Dismissal, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that the claims of Plaintiffs, JAGRUTI AND RAKESH PATEL, against Defendants, FEDNAT INSURANCE COMPANY and MARK VANDEKIEFT, be, and are hereby, **DISMISSED** with prejudice. The Court further **ORDERS**, **ADJUDGES**, and **DECREES** that each party will bear the court costs incurred by that party.

SO ORDERED November 12, 2021, at McAllen, Texas.

Randy Crane
United States District Judge